UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO. 4:12CR058

CLEVE CALLOWAY GORDON

## ORDER GRANTING GOVERNMENT'S MOTION FOR COMMITMENT AND TREATMENT PURSUANT TO 18 U.S.C. 4241(d)

Upon motion of the United States for an order pursuant to 18 U.S.C. 4241(d) providing for treatment of the Defendant and based on information before the court, the court finds by a preponderance of the evidence that Defendant Cleve Calloway Gordon is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist with his defense. Thus, Defendant is hereby committed to the custody of the Attorney General, who is directed to hospitalize the defendant for treatment in a suitable facility for such period of time as is necessary to determine whether there is a substantial probability that in the forseeable future he will attain the capacity to permit the proceedings to go forward.

It is further ordered that the delay from these proceedings shall be excluded pursuant to 18 U.S.C. 3161 (h)(1)(A).

SO ORDERED, this the 18th day of August, 2015.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**